**Martricia J. CHAPMAN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3066.

United States Court of Appeals, Federal Circuit.

April 21, 2011.

## ON MOTION

## ORDER

The United States Postal Service (USPS) moves to reform the caption to name the Merit Systems Protection Board as respondent. The USPS states that the Board consents to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.